UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CLARENDON AMERICAN INSURANCE
COMPANY,

    Plaintiff,

v.                                                    CASE NO: 2:08-cv-945-FtM-99-DNF

PUMPCO, INC., et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Joint Motion to Stay (Dkt. 13) is granted. All proceedings in this case are stayed pending approval of the settlement agreement in the underlying state court case. The Clerk is directed to administratively close this case during the period of the stay, subject to the right of any party to file a motion to reopen in the event the settlement agreement is not approved. The parties are directed to file an appropriate agreed upon order of dismissal following the approval of the settlement agreement by the state circuit court.

**DONE AND ORDERED** at Tampa, Florida, on March 17, 2009.

                                                s/*Richard A. Lazzara*
                                                **RICHARD A. LAZZARA**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel/Parties of Record